IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IBEW LOCAL UNION NO. 22/NECA HEALTH & WELFARE TRUST FUND, et. al. ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GENESIS ELECTRICAL ) <br> SERVICES, INC. , ) <br> Defendant ) | Case Number: 8 :08 CV 00043 <br><br> CONSENT TO EXERCISE <br> OF JURISDICTION BY A <br> UNITED STATES MAGISTRATE JUDGE <br> AND <br> ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ | For IBEW Local 22/NECA Health & Welfare Trust Fund, et al. (All Plaintiffs) | 4/4/08 |
| /s/ | For Genesis Electrical Services, Inc. | 4/8/08 |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken , United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

4/14/08
Date

/s/ United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.